JS-6

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

SHALINI Kolluri, *et al.*,

    Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

    Defendant.

Case No. 2:21-cv-02013-AS

[~~PROPOSED~~] ORDER OF DISMISSAL

GOOD CAUSE HAVING BEEN SHOWN, the parties' Stipulation of Dismissal is hereby GRANTED. This case is dismissed under the Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party is to bear their own costs and fees.

IT IS SO ORDERED.

Dated: August 30, 2021

          / s / Sagar
HONORABLE ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE